1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10    TAYLOR'S LANDING, LLC, a Washington
      corporation,

11                        Plaintiff,                        CASE NO. C05-935C

12          v.                                              MINUTE ORDER

13    ALLSTATE INSURANCE CORP., a foreign
      corporation,

14
                          Defendant.
15

16          The following Minute Order is made by direction of the Court, the Honorable John C.

17    Coughenour, United States District Judge:

18          Pursuant to the parties' stipulation (Dkt. No. 37), oppositions to the parties' pending summary

19    judgment motions are due on May 16, 2006 instead of May 15, 2006.  Replies are due on the May 19,

20    2006 noting date.

21          DATED this 12th day of May, 2006.

22                                                BRUCE RIFKIN, Clerk of Court

23

24                                                By   /s/ C. Ledesma
                                                       Deputy Clerk
25

26    MINUTE ORDER – 1